IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TINA R. MARINE, et al., | * |
| Plaintiffs, | * |
| v. | Case No.   7:20-CV-221(WLS) |
| | * |
| MURPHY OIL USA, INC., et al., | * |
| Defendants. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 20, 2021, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Lowndes County, Georgia.

This 20th day of September, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk